**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 14, 2026

**Notice**

Mr. Mark David Guilfoyle, IV
Dressman Benzinger LaVelle
109 E. Fourth Street
Covington, KY 41011

Mr. Christopher David Wiest
Law Office
50 E. Rivercenter Boulevard
Suite 1280
Covington, KY 41011

        Re: No. 25-5396
            *Amy Dichiara v. Summit Medical Group, Inc., et al*

Dear Counsel:

   The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Thursday, March 19, 2026**. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

                                Sincerely yours,

                                s/Karen S. Fultz
                                Calendar Deputy

cc: Mr. Nicholas C. Birkenhauer
    Mr. Thomas Bernard Bruns
    Mr. Michael Joseph Enzweiler
    Mr. Theodore Joseph Roberts