# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 2, 2026

**Notice of Oral Argument at 9:00 a.m. (Eastern Time) on Thursday, March 19, 2026**

Mr. Mark David Guilfoyle IV
Dressman Benzinger LaVelle
109 E. Fourth Street
Covington, KY 41011

Mr. Christopher David Wiest
Law Office
50 E. Rivercenter Boulevard, Suite 1280
Covington, KY 41011

Re:   No. 25-5396, *Amy Dichiara v. Summit Medical Group, Inc., et al*

Dear Counsel:

Your case is now scheduled for oral argument at **9:00 a.m. (Eastern Time) on Thursday, March 19, 2026** before a three-judge panel of the Sixth Circuit Court of Appeals in Cincinnati, Ohio.  *The case had previously been set for on-briefs submission, but the panel has determined that argument is necessary.*  The time allotted for oral argument is 15 minutes per side.  You may learn the names of the judges sitting on the panel by checking the Court's calendar currently posted on the website.

Only attorneys who plan on presenting oral argument are required to file the *Oral Argument Acknowledgment form*.  Please download this form from the website and file it by **March 6, 2026**.

On the day of oral argument, report to the Clerk's Office, Room 540 in the Potter Stewart U.S. Courthouse, located at the corner of Fifth and Walnut Streets in Cincinnati by **8:30 a.m. (Eastern Time)**.  Court will convene at 9:00 a.m.  Once you enter the courthouse, you must use the elevators on the Main Street (east) side to access the Clerk's Office on the fifth floor.

If you had previously requested oral argument but now wish to waive it, a motion to that effect should be filed with the court as soon as possible.

The panel may conclude, at a later date, that argument is not necessary.  If that should occur, you will be notified immediately that argument is cancelled, and the case will be submitted on the briefs of the parties and the record.  This possibility should be taken into account when

making your travel arrangements, particularly in deciding whether to purchase refundable or non-refundable tickets for air travel.

An attorney who has been appointed under the Criminal Justice Act should make travel arrangements directly with National Travel, tel. (800) 445-0668.  The Clerk's office has provided National Travel with the required Travel Authorization which pays for CJA travel the day before and day of oral argument.  If you are a CJA appointed attorney and choose to make alternative arrangements, reimbursement will be limited to the lesser of the government rate for airfare or actual expenses.

Continuances of oral argument will be granted only in exceptional circumstances, upon the motion of counsel.  Counsel is strongly discouraged from seeking continuances and, where such a request is to be made, the motion should be filed as soon as possible.  **The filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.**

                                                Sincerely yours,

                                                s/Lance A. Gifford
                                                Senior Calendar Deputy

cc: Mr. Nicholas C. Birkenhauer
    Mr. Thomas Bernard Bruns
    Mr. Michael Joseph Enzweiler
    Mr. Theodore Joseph Roberts