# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): __25-5396_____

2. Case Caption (Short Title): __Dr. Amy DiChiara v. Summit Medical Group, Inc., et. al._____

3. Argument is scheduled for __9:00 a.m.__ (time) on __March 19, 2026__ (day, date) and will be held:

   [✓] Live (In Person)    [ ] by Video    [ ] by Telephone

4. I, __Christopher Wiest_____, will be presenting argument on behalf of:

   [✓] Appellant / Petitioner    [ ] Amicus Curiae    [ ] Other (please specify below):
   [ ] Appellee / Respondent     [ ] Intervenor       _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Dr. Amy DiChiara

6. Minutes reserved for rebuttal (appellant / petitioner only): __5_____  (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: ____
   B. Total number of minutes (in whole minutes only) to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____
   D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

### CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*