# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 25-5396

2. Case Caption (Short Title): Dr. Amy DiChiara v. Summit Medical Group, Inc., et al.

3. Argument is scheduled for *(time)* 9:00 a.m. on *(day, date)* March 19 and will be held:

   [✔] Live (In Person)   [ ] by Video   [ ] by Telephone

4. I, Michael Enzweiler, will be presenting argument on behalf of:

   [ ] Appellant / Petitioner   [ ] Amicus Curiae   [ ] Other (please specify below):
   [✔] Appellee / Respondent   [ ] Intervenor

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Summit Medical Group, Inc. d/b/a St. Elizabeth Physicians; Saint Elizabeth Medical Center, Inc.; Dr. Robert Prichard; and Garren Colvin

6. Minutes reserved for rebuttal (appellant / petitioner only): _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: ____
   B. Total number of minutes (in whole minutes only) to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____
   D. Your assigned minutes (in whole minutes only): ____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

### CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing, all parties or counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*